IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GRACE WHITSON, Personal** <br> Representative of the Estate of <br> **RAY MENEAR** <br><br> and <br><br> **GRACE WHITSON, Individually** <br> and as Surviving Spouse of <br> **RAY MENEAR** <br><br> Plaintiffs <br><br> v. <br><br> **AC&S, INC., et al.,** <br><br> Defendants | Case No. 91086521 (MD) (1) <br> Case No. 93-3036 |

## MOTION FOR SUBSTITUTION OF PARTIES

1. Kenneth Whitson, Successor Personal Representative of the Estate of Ray Menear by and through his undersigned attorneys move this Court for an Order substituting Kenneth Whitson, in his capacity as Successor Personal Representative of the Estate of Ray Menear, Plaintiff's decedent, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2. On April 4, 1995 Ray Menear, Plaintiff's decedent in the above matter, died. On June 21, 1995, Grace Whitson was duly appointed Personal Representative of the Estate of Ray Menear, deceased, by the Register of Wills for Baltimore City, Maryland.

3. On June 15, 2004, Grace Whitson was removed as Personal Representative of the Estate of Ray Menear by the Orphans' Court for Baltimore City, Maryland.

4. On June 15, 2004 Kenneth Whitson was appointed Successor Personal Representative of the Estate of Ray Menear, Plaintiff's decedent herein, by the Orphans' Court for Baltimore City, Maryland.

5. Kenneth Whitson is qualified and is now acting as Successor Personal Representative of the Estate of Ray Menear, Plaintiff's decedent herein.

6. This is an action at law for personal injuries and therefore the claims haves not been extinguished by the removal of the Plaintiff as Personal Representative of the Estate of Ray Menear.

**WHEREFORE,** Kenneth Whitson, Successor Personal Representative of the Estate of Ray Menear, requests this Court to substitute him as Plaintiff herein in place of Grace Whitson.

                    /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

**STATEMENT OF AUTHORITIES**

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                                                  /s/
                              **EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**