IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GRACE WHITSON, Personal** <br> **Representative of the Estate of** <br> **RAY MENEAR,** <br><br> and <br><br> **GRACE WHITSON, Individually and** <br> as Surviving Spouse of <br> **RAY MENEAR,** <br><br> **Plaintiffs** <br><br> v. <br><br> **AC&S, INC., et al.** <br><br> **Defendants** | * Case No. 91086521 (MD)(1) <br> * Case No. 93-3036 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1. On Motion of Kenneth Whitson, for substitution in place of Grace Whitsonon, Personal Representative of the Estate of Ray Menear, it appearing to the Court that the said Grace Whitson was duly appointed Personal Representative of the Estate of Ray Menear on June 21, 1995 by the Register of Wills for Baltimore City, Maryland; that Grace Whitson was removed as Personal Representative of the Estate of Ray Menear on June 15, 2004; that the claim asserted by her in this action was not thereby extinguished; that Kenneth Whitson was appointed Successor Personal Representative of the Estate of Ray Menear on June 15, 2004, and is qualified and is acting as such.

**IT IS ORDERED,** that Kenneth Whitson, Successor Personal Representative of the Estate of Ray Menear, be substituted as Plaintiff herein in the place of Grace Whitson, Personal

Representative of the Estate of Ray Menear, now removed, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____
**JUDGE**

_____
**Date**